CITIZENS FOR CHARTER CHANGE IN ESSEX COUNTY v.
NICHOLAS V. CAPUTO.

October 8, 1975. Cross-petition for certification denied.
(See 136 *N. J. Super.* 424)

STATE OF NEW JERSEY v. WILLIAM LEE JOHNSON.

March 15, 1977. Petition for certification denied.

MOTOR CLUB OF AMERICA, INC. v.
TOWN OF WEST ORANGE.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. GAY H. CARPENTER.

May 3, 1977. Petition for certification denied.

AMBASSADOR INSURANCE CO. v. RAFAEL MONTES.

May 17, 1977. Petition for certification granted. (See 147
*N. J. Super.* 286)

STATE OF NEW JERSEY v. ROBERT EVANS.

May 3, 1977. Petition for certification denied.